PHILIP A. TALBERT,
Acting U.S. Attorney
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM, California State Bar No. 223876
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: Wyeth.McAdam@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY J. SILVEIRA , III,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br><br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-00933-KJN<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920; ORDER |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Anthony J. Silveira , III be awarded attorney fees and expenses in the amount of FOUR THOUSAND FOUR HUNDRED AND FIFTY dollars ($4,450) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and no costs.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §; 2412(d). After the Court issues an order for EAJA fees to Anthony J. Silveira, III, the government will consider the matter of Anthony J. Silveira, III's assignment of EAJA fees to Jesse S. Kaplan,

1   Esq.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the
2   ability to honor the assignment will depend on whether the fees are subject to any offset allowed
3   under the United States Department of the Treasury's Offset Program.  After the order for EAJA
4   fees is entered, the government will determine whether they are subject to any offset.

5         Fees shall be made payable to Anthony J. Silveira , III, but if the Department of the
6   Treasury determines that Anthony J. Silveira , III does not owe a federal debt, then the
7   government shall cause the payment of fees, expenses and costs to be made directly to Jesse S.
8   Kaplan, Esq., pursuant to the assignment executed by Anthony J. Silveira , III.  Any payments
9   made shall be delivered to Jesse S. Kaplan, Esq.

10         This stipulation constitutes a compromise settlement of Anthony J. Silveira, III's request
11   for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant
12   under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release
13   from, and bar to, any and all claims that Anthony J. Silveira, III and/or Jesse S. Kaplan, Esq.
14   including the Law Office of Jesse S. Kaplan, Esq. may have relating to EAJA attorney fees in
15   connection with this action.

17   / / /

21   / / /

25   / / /

This award is without prejudice to the rights of Jesse S. Kaplan, Esq. and/or Law Offices of Jesse S. Kaplan to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

                                  Respectfully submitted,

Dated:  March 5, 2021                /s/ Jesse *S. Kaplan* *
                                  (*as authorized via e-mail)
                                  JESSE S. KAPLAN
                                  Attorney for Plaintiff

                                  PHILIP A. TALBERT,
                                  Acting U.S. Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                      By:    /s/ S. *Wyeth McAdam*
                                  S. WYETH McAdam
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  March 10, 2021

                                                          KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE

, silv.933